**E-filed 6/27/07**

1  PHILIP BOROWSKY, P.C. (State Bar No. 56590)
   CHRISTOPHER J. HAYES (State Bar No. 184287)
2  BOROWSKY & HAYES LLP
   One Market Plaza, Suite 1275
3  Steuart Tower
   San Francisco, California 94105-1403
4  Telephone: (415) 896-6800
   Facsimile: (415) 896-0600
5
   MICHAEL E. DERGOSITS (State Bar No. 118206)
6  DERGOSITS & NOAH LLP
   Four Embarcadero Center, Suite 1450
7  San Francisco, California 94111-4179
   Telephone: (415) 705-6377
8  Facsimile: (415) 705-6383

9  Attorneys for Plaintiff FUSIONARC, INC.

10                   IN THE UNITED STATES DISTRICT COURT

11                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                              SAN JOSE DIVISION

13 | EURO STYLE, INC., a California corporation,    | No. C 07-1543 JF (RS)
   | YUN-CHIEN HSIAO, and CHIA CHI YA
14 | ENTERPRISE COMPANY LTD., a Taiwan              | **NOTICE OF DISMISSAL**
   | corporation,                                   | **[FED. R. CIV. P. 41(A)]**
15
                  Plaintiffs,
16
        v.
17
   ZUO MODERN CONTEMPORARY, INC., a
18 California corporation, LUIS RUESGA, and
   STEVEN POON,
19
                  Defendants.
20

21 TO THE CLERK OF THE COURT, AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

22      PLEASE TAKE NOTICE THAT Plaintiffs Euro Style Inc., Yun-Chien Hsiao, and Chia Chi Ya

23 Enterprise Company Ltd. hereby dismiss this action under Rule 41(a)(1)(i) of the Federal Rules of

24 Civil Procedure.

25 Dated: June 25, 2007
                                        BOROWSKY & HAYES LLP
26

27                                      /s/ Philip Borowsky
                                        By: PHILIP BOROWSKY
28                                      Attorneys for Plaintiffs EURO STYLE, INC., YUN-CHIEN
                                        HSIAO, and CHIA CHI YA ENTERPRISE COMPANY LTD.

6/27/07 IT IS SO ORDERED.

G:\Cases\1212 Euro Style\Pleadings\Notice of Dismissal.wpd       1
Notice of Dismissal [Fed. R. Civ. P. 41(a)]       Judge Jeremy Fogel,        No. C 07-1543 JF (RS)
                                                  US District Court

BOROWSKY & HAYES LLP
One Market Plaza
Steuart Tower Suite 1275
San Francisco, CA 94105
Tel. (415) 896-6800
Fax (415) 896-0600